1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE HOPKINS, et al.,<br><br>                    Plaintiffs,<br>  vs.<br><br>MONSANTO COMPANY, et al.,<br><br>                 Defendants. | CASE NO. 13-CV-1429-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 26] |

On May 9, 2014, Plaintiffs Theresa Hopkins, Warren Hopkins, and Carl Hopkins, Jr. and Defendants Monsanto Company, Solutia, Inc., and Dow Chemical Company filed a joint motion to dismiss this action with prejudice. [Doc. No. 26.] Having considered the parties' joint motion, and good cause appearing, the Court **GRANTS** the motion. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE** as to all defendants.

The Clerk of Court is hereby instructed to terminate this case.

**IT IS SO ORDERED.**

DATED: May 13, 2014

_____
Hon. Michael M. Anello
United States District Judge

13CV1429